IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-CV-00328-CBS

MICHAEL C. BROWN, DOC # 61923,

　　　　Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA, and
CROWLEY COUNTY CORRECTIONAL FACILITY,

　　　　Defendants.

---

### ORDER

---

　　　　Section 455, 28 U.S.C., requires that a judge disqualify himself where "his impartiality might reasonably be questioned." The provision is self-enforcing on the part of the judge. United States v. Gigax, 605 F.2d 507, 511 (10th Cir. 1979). "In determining whether a judge should recuse under § 455(a), the issue is not whether the judge is impartial in fact, but rather, whether a reasonable man might question his impartiality." Id.; Webbe v. McGhie Land Title Co., 549 F.2d 1358, 1361 (10th Cir. 1977).

　　　　I have concluded that a basis exists in this case upon which my impartiality might reasonably be questioned. Accordingly,

　　　　IT IS ORDERED that I hereby disqualify myself from further action in this case. The Clerk of the Court is directed to cause the case to be reassigned to another magistrate judge.

1

Dated February 9, 2007.

BY THE COURT:

*[signature]*
United States Magistrate Judge