IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00328-CBS

MICHAEL C. BROWN,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA, and
CROWLEY COUNTY CORRECTIONAL FACILITY,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 16 2007

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff Michael C. Brown is a prisoner in the custody of the Colorado Department of Corrections and he is incarcerated at the Crowley County Correctional Facility at Olney Springs, Colorado. Mr. Brown has filed *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that his constitutional rights have been violated. The court must construe the complaint liberally because Mr. Brown is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Brown will be ordered to file an amended complaint.

The court has reviewed the complaint filed in this action and finds that it is deficient because it is not clear who Mr. Brown intends to assert his claim or claims against. Mr. Brown lists three entities as Defendants in the caption of the complaint.

However, the only Defendant listed on page two of the complaint form, the section of the complaint in which the parties are listed, is an individual who is not named as a Defendant in the caption of the complaint. Therefore, Mr. Brown will be ordered to file an amended complaint that clarifies who the Defendants in this action are. Mr. Brown is advised that § 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." *Conn v. Gabbert*, 526 U.S. 286, 290 (1999). Therefore, Mr. Brown should name as Defendants in the amended complaint the individuals or entities he believes actually violated his constitutional rights. Mr. Brown also is advised that, regardless of what individuals or entities he names as Defendants in his amended complaint, he must allege specific facts to demonstrate that each named Defendant personally participated in the asserted constitutional violations. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). A Defendant may not be held liable on a theory of respondeat superior. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983). Accordingly, it is

ORDERED that Mr. Brown file **within thirty (30) days from the date of this order** an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Brown, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Brown fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 15th day of March, 2007.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00328-CBS

Michael C. Brown
Reg. No. 61923
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER** and **two copies of Prisoner Complaint** to the above-named individuals on 3/16/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk